February 29, 2012

BETH P. SCHWARTZ

Assistant U.S. Attorney

(718) 254-6017



Re: United States of America v. Boris Goldberg,

Criminal Docket No. CR-91-0989 (EDNY)(EHN)

Account Number 1993A53823/001

Dear Beth P. Shwartz:

I know that I owe a fine, but right now I am collecting very small pension & getting help from the government to survive. When I was sentenced in 1992, I asked the judge H. Nickerson if I won't have the money, do I have to pay the fine. And the answer was: 'If we verify that you don't have the money to pay the fine, we won't ask you to pay it'. Right now I'm legally separated from my wife, but can't move out the apartment because I don't have any money, I also have to pay the expenses 50/50 with her. I don't know what kind of documents you need for me to send you to prove that I don't have the money. Please see if you can cancel this fine for me.

Sincerely,

Boris Goldberg

Boris Goldberg
49 Nixon Ct Apt 3H
Brooklyn, NY 11223

Clerk of Court
US Courthouse
Eastern District of NY
225 Cadman Plaza
Brooklyn, NY 11201

TRIBORO NY 112
BKLYN-STATEN ISL